No. 97–6773. PORTER *v.* GILMORE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–6826. HOOD *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97–6833. RODGERS *v.* COURT OF COMMON PLEAS OF OHIO, COLUMBIANA COUNTY, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 97–6837. TYLER *v.* SCOTT, FORMER DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–6838. WARD *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–6842. BANOS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–6846. WEEKS *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 97–6847. BURNETT *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 97–6849. RIVERA *v.* FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 97–6850. RIVERA *v.* FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 97–6851. SIMPSON *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 97–6864. SMITH *v.* O'BRIEN ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–6865. MUNOZ *v.* BENZ. C. A. 5th Cir. Certiorari denied.